UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

VICTORIA EDEN

          Plaintiff,          Case No. 2:14-cv-252

v.          HON. GORDON J. QUIST

MATTTHEW ALLEN CAGLE
and HEATHER BOUDREAU (now Cagle)

          Defendants.
_____/

## REPORT AND RECOMMENDATION

Attorney for defendants filed a Notice of Presentment (ECF #67) of an Order Affirming Settlement, Establishing Medicare Set-Aside Account, Ordering Reimbursement of Conditional Payments to Medicaid & Medicare, and Authorizing Distribution of Remaining Settlement Proceeds.

The undersigned recommends that the attached order be entered and the case be dismissed with prejudice and without costs to the parties.

    IT IS ORDERED


Dated:                                                        _____
                                                          TIMOTHY P. GREELEY
                                                          U.S. MAGISTRATE JUDGE


OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court at P.O. Box 698, Marquette, MI 49855 within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's Order. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981)