UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

VICTORIA EDEN,

       Plaintiff,

v.

MATTHEW ALLEN CAGLE and
HEATHER BOUDREAU (now Cagle),

       Defendants.

                                         /

Case No.  2:14-CV-252

HON. GORDON J. QUIST

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's December 5, 2016 Report and Recommendation recommending that the Court enter Defendants' Proposed Order Affirming Settlement, Establishing Medicare Set-Aside, Ordering Reimbursement of Conditional Payments to Medicaid & Medicare, and Authorizing Distribution of Remaining Settlement Proceeds. The Report and Recommendation was duly served on the parties on December 5, 2016. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the December 5, 2016, Report and Recommendation (ECF No. 69) is approved and adopted, and the order attached to the Report and Recommendation (ECF No. 69-1) will enter.

Dated:  December 21, 2016                                               /s/ Gordon J. Quist
                                                                                 GORDON J. QUIST
                                                                   UNITED STATES DISTRICT JUDGE